**No. 68809.**—Asty Import Corp. *v.* United States, protests 61/11971 and 61/14976 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 58565, except that the merchandise there was in chief value of feathers whereas that involved herein is in chief value of "other" material the same as the artificial stems the subject of *Allied Display Materials, Inc.* v. *United States* (46 Cust. Ct. 192, C.D. 2255), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 7, 1964

**No. 68810.**—Topflight Corp. *v.* United States, protests 59/14226, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plain transparent vinyl tape similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.

**No. 68811.**—E. Sidney Stockwell Co., Inc. *v.* United States, protest 63/21319 (Boston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of novelty figures in chief value of metal, not chiefly used for the amusement of children, and having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.